# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA VALLADORES, et al., | Case No. 1:20-cv-01155-DAD-SAB |
| Plaintiffs, | ORDER ENTERING STIPULATED PROTECTIVE ORDER |
| v. | (ECF No. 21) |
| ASHTREE APARTMENTS, LLC, | |
| Defendant. | |

On March 24, 2021, the parties filed a notice of lodging of a stipulated protective order. (ECF No. 21.) The Court has reviewed the protective order and shall enter the protective order.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulated protective order lodged with the Court on March 24, 2021 (ECF No. 21-1), is entered;

2. The parties are advised that pursuant to the Local Rules of the United States District Court, Eastern District of California, any documents which are to be filed under seal will require a written request which complies with Local Rule 141;

3. The party making a request to file documents under seal shall be required to show good cause for documents attached to a nondispositive motion or compelling reasons for documents attached to a dispositive motion, Pintos v. Pacific Creditors Ass'n, 605 F.3d 665, 677-78 (9th Cir. 2009); and

1

4. If a party's request to file Protected Material under seal is denied by the Court, then the previously filed material shall be immediately accepted by the court and become information in the public record and the information will be deemed filed as of the date that the request to file the Protected Information under seal was made.

IT IS SO ORDERED.

Dated: **March 24, 2021**

UNITED STATES MAGISTRATE JUDGE