# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA VALLADORES, et al., | Case No. 1:20-cv-01155-KES-SAB |
| Plaintiffs, | ORDER VACATING NOVEMBER 19, 2025 HEARING DATE |
| v. | |
| ASHTREE APARTMENTS, LLC, | |
| Defendants. | |

On October 3, 2025, Plaintiff filed a motion for approval of minors' compromise. (ECF No. 66.) Defendant filed a statement of non-opposition on October 9, 2025. (ECF No. 68.) The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g).

Accordingly, the matter is taken under submission. The previously scheduled hearing set on November 19, 2025, is VACATED, and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: __October 10, 2025__

STANLEY A. BOONE
United States Magistrate Judge

1