# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA VALLADORES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ASHTREE APARTMENTS, LLC,<br><br>Defendant. | Case No. 1:20-cv-01155-KES-SAB<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND SETTING DEADLINE TO FILE MOTION FOR APPROVAL OF MINORS' COMPROMISE<br><br>(ECF Nos. 66, 70, 71)<br><br>**THIRTY-DAY DEADLINE** |

On September 19, 2025, a settlement conference was held and this matter settled. (ECF No. 65.) The assigned Magistrate Judge ordered that Plaintiffs would have 30 days to file a motion for approval of minors' compromise. (Id.) Plaintiffs timely complied (ECF No. 66); however, the Court issued findings and recommendations recommending denying the motion due to certain substantive deficiencies. (ECF No. 70.) On December 9, 2025, Plaintiffs filed a notice of withdrawal of their motion in order to "address some needed issues." (ECF No. 71.)

Accordingly, the Court hereby ORDERS the following:

1. The November 19, 2025 findings and recommendations are VACATED (ECF No. 70);

2. Because Plaintiffs have withdrawn their motion, the Court DIRECTS the Clerk to terminate the motion for approval of minors' compromise as MOOT (ECF No. 66);

///

3. The Court ORDERS that Plaintiffs shall have **thirty (30) days** from the entry of this order to file a subsequent motion for approval of minors' compromise that addresses the deficiencies the Court observed in its November 19, 2025 findings and recommendations; and

4. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:   **December 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2