# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA VALLADORES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ASHTREE APARTMENTS, LLC, <br><br> Defendant. | Case No. 1:20-cv-01155-KES-SAB <br><br> ORDER DIRECTING PLAINTIFF TO FILE ATTORNEY'S FEES AND COSTS <br><br> **JANUARY 14, 2026 DEADLINE** <br><br> (ECF No. 72) |

On December 12, 2025, Plaintiff filed a motion for approval of minors' compromise. (ECF No. 73.) Upon review of the motion and attached declaration, counsel did not disclose the terms under which he was employed nor the amount he expects to receive from the global proceeds of the settlement. Local Rule 202, provides that

> When the minor or incompetent is represented by an attorney, it shall be disclosed to the Court by whom and <u>the terms under which the attorney was employed</u>; whether the attorney became involved in the application at the instance of the party against whom the causes of action are asserted, directly or indirectly; whether the attorney stands in any relationship to that party; and whether the attorney has received or expects to receive any compensation, from whom, <u>and the amount</u>.

L.R. 202(c).

/ / /

/ / /

/ / /

/ / /

Accordingly, the Court DIRECTS Plaintiff to file supplemental briefing, including a declaration or affidavit if necessary, addressing attorney's fees and costs and the terms under which counsel was employed, **no later than January 14, 2026**.

IT IS SO ORDERED.

Dated: **January 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2