UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA VALLADORES, et al., | Case No. 1:20-cv-01155-KES-SAB |
| Plaintiffs, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | |
| ASHTREE APARTMENTS, LLC, | (Doc. 73, 77) |
| Defendant. | |

On December 12, 2025, plaintiffs filed a motion seeking approval of minors' compromise. Doc. 73. The matter was referred to the assigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and this Court's standing order. The assigned magistrate judge issued findings and recommendations, recommending that plaintiffs' motion be granted. Doc. 77. The parties were advised that any objections were due within fourteen (14) days. *Id.* at 6. No objections have been filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1.    The findings and recommendations issued on January 15, 2026 (Doc. 77) are adopted in full.

2.    The motion to approve minors' compromise, Doc. 73, is granted, and the terms of the settlement are approved as fair and reasonable.

3.    The parties shall file a stipulation for dismissal of this action within forty-five (45) days of the date of this order.

IT IS SO ORDERED.

Dated:   February 11, 2026

_____
UNITED STATES DISTRICT JUDGE

2