UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA VALLADORES, et al., | No.   1:20-cv-01155-KES-SAB |
| Plaintiffs, | ORDER ON MINORS' COMPROMISE AND DIRECTING BLOCKED ACCOUNTS TO BE OPENED FOR MINORS' PROCEEDS |
| v. | |
| ASHTREE APARTMENTS, LLC, | Doc. 79 |
| Defendant. | |

On December 12, 2025, plaintiffs filed a motion seeking approval of minors' compromise. Doc. 73.  The assigned magistrate judge issued findings and recommendations, recommending that plaintiffs' motion be granted.  Doc. 77.  On February 11, 2026, the Court adopted the findings and recommendations in full and granted the motion to approve minors' compromise. Doc. 78.  On March 18, 2026, plaintiffs filed a proposed order approving minors' compromise and directing blocked accounts to be opened for minors' proceeds.  Doc. 79.

The Court, having considered the proposed order (Doc. 79), and good cause appearing therefor, hereby ORDERS THAT:

1. The application is granted and the compromises of the claims of Claimants are approved.

2. Plaintiffs' counsel shall deposit Claimants' proceeds into individual FDIC or NCUA insured accounts held in the name of each, respective minor.

3. The depository institute for D.C. and K.C. may be selected by the Guardian Ad Litem,

1

Anita Valladores.

4.  The depository institute for E.J. may be selected by the Guardian Ad Litem, Samantha Shepherd.

5.  Since Plaintiff M.J. reached the age of majority on March 17, 2025, Plaintiffs' counsel shall pay M.J.'s settlement funds directly to M.J.

6.  The minors' accounts shall be blocked, so that no withdrawal of principal or interest can be made prior to said, respective minor's reaching the age of 18, unless a written order is obtained from this Court. The money on deposit is not subject to escheat.

7.  Upon each minor's attaining the age of 18, his or her respective account shall be unblocked **without further order of this Court**. Claimant D.C. is currently 16 years old and he will reach the age of majority on March 28, 2027. Claimant K.C. is currently 15 years old and he will reach the age of majority on May 8, 2028. Claimant E.J. is currently 17 years old and she will reach the age of majority on April 17, 2026.

8.  Plaintiffs' counsel shall provide each minor's bank or credit union with a copy of this Order, and shall, within 90 days, file with the Court a declaration verifying the opening of said blocked accounts.

9.  Bond is waived.

IT IS SO ORDERED.

Dated:    March 19, 2026

_____
UNITED STATES DISTRICT JUDGE

2