# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA VALLADORES, et al., | Case No. 1:20-cv-01155-KES-SAB |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |
| v. | |
| ASHTREE APARTMENTS, LLC, | (ECF No. 82) |
| Defendants. | |

On May 18, 2026, all parties filed a stipulation dismissing this entire action with prejudice. (ECF No. 82.)[1] In light of the stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed pursuant to the terms of the stipulation.

Therefore, the Clerk of the Court is HEREBY DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1).

IT IS SO ORDERED.

Dated:    **May 19, 2026**
                                                                    _____
                                                                    STANLEY A. BOONE
                                                                    United States Magistrate Judge

---

[1] The parties docketed the entry as a "Motion to Dismiss," however, in reality, the filing is a stipulation of dismissal. (ECF No. 82.)